## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-cv-62657-BLOOM/Valle

MARTIN E. SANCHEZ,
*and other similarly situated
individuals*,

      Plaintiff,

v.

EVENT EFFECTS GROUP, LLC,
and MITCH AMSTERDAM,
*individually*,

      Defendants.

_____/

### ORDER APPROVING SETTLEMENT
### AND DISMISSING CASE WITH PREJUDICE

      **THIS CAUSE** is before the Court upon the Joint Motion to Approve Settlement and Joint Stipulation of Dismissal with Prejudice, ECF No. [11] ("Motion"), filed on February 22, 2021. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorneys' fees to Plaintiff's counsel as the prevailing party, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [11]**, is **GRANTED**.

2. The Settlement Agreement and Release, ECF No. [11-1] ("Settlement Agreement"), which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED WITH PREJUDICE**, and all pending motions are **DENIED AS MOOT**.

Case No. 20-cv-62657-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 22, 2021.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record